**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MARNEEN L. FIELDS,

                              Plaintiff,

        v.

TRUEACCORD CORP.,

                              Defendant.

Case No. 2:20-cv-1778-APG-DJA

**ORDER DISMISSING CASE**

On December 30, 2020, the plaintiff was advised by the court that this action would be dismissed without prejudice unless by January 29, 2021 the plaintiff filed proper proof of service or showed good cause why such service was not timely made. ECF No. 5.  The plaintiff has failed to file proof of service or show good cause why service was not made.  Nor has the plaintiff shown why this action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that this case is DISMISSED without prejudice.

Dated:  February 1, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE